U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 09 2009

ROBERT H. SHEMWELL, CLERK
BY _____
         DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **LORENZO CORNELIUS** | **CIVIL ACTION NO. 08-1291** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **WARDEN SHIVERS, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 6], determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff Lorenzo Cornelius's civil rights complaint be DISMISSED WITH PREJUDICE as frivolous and for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B). As noted by the Magistrate Judge, this dismissal operates as Plaintiff's third strike as defined by 28 U.S.C. § 1915(g).

MONROE, LOUISIANA, this 9 day of January, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE